UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| SARAH JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 5:22-CV-00289 |
| ) | |
| ASCENSION SACRED HEART ) | |
| BAY and ENVISION PHYSICIAN ) | |
| SERVICES, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL

Defendant, ASCENSION SACRED HEART BAY ("Defendant")[1] by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 14th Judicial Circuit in and for Bay County, Florida, where the action is now pending, to the United States District Court for the Northern District of Florida. The removal of this action is based upon the following:

1.  On or about August 22, 2022, Plaintiff filed a civil action against the Defendant and Envision Physician Services, LLC ("Envision") in the Circuit Court

---

[1] Plaintiff has mis-spelled and mis-identified Defendant Ascension Sacred Heart Bay in this case. The correct name of Defendant is "Sacred Heart Health System, Inc.", although neither Ascension Sacred Heart Bay nor Sacred Heart Health System, Inc. were Plaintiff's employer.

of the 14th Judicial Circuit in and for Bay County, Florida, entitled *Sarah James v. Ascension Sacret* [sic] *Heart Bay and Envision Physician Services, LLC*, Case No. 22000859CA (hereinafter referred to as the "State Court Action").

2. Plaintiff's Complaint alleges religious discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII"), and religious discrimination and retaliation under the Florida Civil Rights Act, Chapter 760 *et seq*. *See* Complaint at ¶¶ 1 and 53-69.

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted federal claims under Title VII.

4. A copy of the Complaint and Summons in the State Court Action was served upon Defendant and Envision on November 7, 2022. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Northern District of Florida,

Panama City.  *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 89(c).  The Northern District, Panama City Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Bay County, Florida.

7. A true and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served consent to the removal of this action.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and will filed a copy of this Notice of Removal in the Circuit Court of the 14th Judicial Circuit, in and for Bay County, Florida.

s/ Charles A. Powell IV
Charles A. Powell IV (FL Bar 947539)
Attorney for Defendant
Ascension Sacred Heart Bay

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone: 205.421.4703
Facsimile: 205.421.4699
cpowell@littler.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on this the 7th day of December 2022, by electronically filing the same with the CMECF e-filing system, which will send electronic notice of same to the following:

Marie A. Mattox
Adam Ellis
MATTOX LAW FIRM
203 North Gadsden Street
Tallahassee, FL 32301
marie@mattoxlaw.com
adam@mattoxlaw.com
michelle@mattoxlaw.com
marlene@mattoxlaw.com
michelle2@mattoxlaw.com
jervonie@mattoxlaw.com

Catherine H. Molloy
Raymond D. Jackson
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
molloyk@gtlaw.com
jacksonra@gtlaw.com

s/ Charles A. Powell IV
OF COUNSEL