UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| SARAH JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | 5:22-cv-00289-MW-MJF |
| ASCENSION SACRED HEART ) | |
| BAY and ENVISION PHYSICIAN ) | |
| SERVICES, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant. submits the following corporate disclosure statement:

The complaint incorrectly identifies the defendant as Ascension Sacred Heart Bay. Ascension Sacred Heart Bay is a fictitious name for Bay County Health System, LLC. Sacred Heart Health System, Inc. a Florida not-for-profit corporation, owns 100% of the membership interest in Bay County Health System, and is the correct employer of individuals employed at the hospital known as Ascension Sacred Heart Bay. Defendant Sacred Heart Health System, Inc. is a wholly-owned subsidiary of Ascension Health, a Missouri non-profit healthcare corporation qualified as tax exempt under Section 501(c)93) of the Internal Revenue Code. No publicly held corporation owns 10% or more of the stock in Ascension Health.

                                        s/ Charles A. Powell IV
                                        Charles A. Powell IV (FL Bar 947539)
                                        Attorney for Defendant
                                        Ascension Sacred Heart Bay

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone:  205.421.4700
Facsimile:   205.421.4699
cpowell@littler.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on this the 14th day of December 2022, by electronically filing the same with the CMECF e-filing system, which will send electronic notice of same to the following:

| | |
|---|---|
| Marie A. Mattox<br>Adam Ellis<br>MATTOX LAW FIRM<br>203 North Gadsden Street<br>Tallahassee, FL 32301<br>marie@mattoxlaw.com<br>adam@mattoxlaw.com<br>michelle@mattoxlaw.com<br>marlene@mattoxlaw.com<br>michelle2@mattoxlaw.com<br>jervonie@mattoxlaw.com | Catherine H. Molloy<br>Raymond D. Jackson<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Boulevard, Suite 1900<br>Tampa, Florida 33602<br>molloyk@gtlaw.com<br>jacksonra@gtlaw.com |

                                        s/ Charles A. Powell IV
                                        OF COUNSEL